**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Harley Ferch,

Plaintiff,

v.

Federal Medical Center, et al.,

Defendants.

Civil No. 00-2300 JMR/AJB

**ORDER ON PLAINTIFF'S MOTION TO EXTEND TIME**

This matter is before the Court on plaintiff's Motion for Enlargement of Time. Plaintiff requests additional time to comply with the Court's Order dated October 16, 2000, requiring that the plaintiff pay an initial partial filing fee of $6.22 within twenty days of the date of the Order. Plaintiff asserts that the Order was not delivered to him until October 28, 2000, and he needs additional time to withdraw funds from his inmate trust account and to remit the funds to the Court.

Based upon plaintiff's representations **IT IS HEREBY ORDERED** that plaintiff's motion is **granted** [Docket No. 5]. Plaintiff shall have until November 30, 2000, to submit the partial filing fee to the Court. If the partial filing fee is not received by the Court on or before November 30, 2000, it will be recommended that the action be dismissed with prejudice.

Dated: 11/6/00

Arthur J. Boylan
United States Magistrate Judge

FILED NOV 07 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____