UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2300 JMR/AJB

FERCH, HARLEY )
)
Plaintiff, )
)
v. ) ORDER
)
FEDERAL MEDICAL CENTER et al., )
)
Defendant. )

Upon application of Defendants, no hearing hereon being deemed necessary, and for good cause shown, it is hereby

ORDERED that Defendants shall be, and hereby are, granted an extension of time to respond to the Complaint of Plaintiff to April 2, 2001.

Dated: 2/28/01

ARTHUR J. BOYLAN
United States Magistrate Judge

FILED FEB 28 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK