UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2300 JMR/AJB

HARLEY FERCH,

Plaintiff,

v.

FEDERAL MEDICAL CENTER, ET AL., CONSTANCE REESE, RUTH WESTRICK, JULIE ARENS, JULIE MILLER, T.J. NELSON, U. BOCANEGRA, M.T. CUOMO, KEN STEWART, and JEFF SACKETT,

Defendants.

ORDER

Upon application of Defendants, no hearing hereon being deemed necessary, and for good cause shown, it is hereby

ORDERED that Defendants shall be, and hereby granted an extension of time to respond to the Complaint of Plaintiff to April 13, 2001.

Dated: 4/5/01

ARTHUR J. BOYLAN
United States Magistrate Judge

APR 06 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK