**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Harley Ferch,

Plaintiff,

v.

Federal Medical Center, et al.,

Defendants.

Civil No. 00-2300 JMR/AJB

**ORDER ON PLAINTIFF'S REQUEST FOR AN ORDER CONCERNING THE CASE**

This matter is before the Court on plaintiff's request that he be advised of the status of the case, along with plaintiff's suggestions as to how the government's responsive 32 page memorandum and various exhibits should be addressed [Docket No. 36]. Plaintiff commenced this action by filing a complaint alleging defendants have violated his rights under the Thirteenth Amendment by compelling him to work. Defendants' motion to dismiss, and alternative motion for summary judgment, are currently pending before the Court. Plaintiff's reply response to defendants' motion to dismiss was filed with the Court on May 30, 2001. Plaintiff now insists that the Court produce an Order concerning the case.

Based upon the entire file and pleadings in this case, the Court **finds** that there has been no unnecessary delay in this matter and there is no justification for expedited treatment of this case. Plaintiff is advised that an Order on defendant's motion to dismiss, and plaintiff's objection to the motion, will be issued in due time in light of the Court's schedule and case load.

**IT IS HEREBY ORDERED** that plaintiff's motion for immediate Court Order is **denied** [Docket No. 36]. Plaintiff is further advised that all arguments and exhibits relating to



FILED JUL 10 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ________
DEPUTY CLERK'S INITIALS ________

the motion to dismiss, and opposition to the motion, will be considered as appropriate and necessary with respect to the pending motion to dismiss and opposition to that motion, and the Court seeks no additional written arguments or submissions in regard to pending motions. It is **FURTHER ORDERED** that upon filing of this Order the parties shall await the further order of this Court. The Court will notify the parties when or if any additional action is required with regard to further prosecution or defense of the case and there shall be no further submissions except by invitation of the Court.

Dated: July 9th 2001

Arthur J. Boylan
United States Magistrate Judge