**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Harley Ferch,

Plaintiff,

v.

Federal Medical Center, et al.,

Defendants.

Civil No. 00-2300 JMR/AJB

**ORDER ON LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff in this matter has submitted an amended complaint for filing with the Court. He has not been granted permission to file an amended complaint as required pursuant to Fed. R. Civ. P. 15(a), which requires leave of court to amend the complaint after the adverse party has filed a responsive pleading, and as also provided in the Court's Order dated July 9, 2001. The Court has reviewed the amended complaint and upon consideration of the amended claims that are presented therein, **IT IS HEREBY ORDERED** that the amended complaint be docketed in the Court's file. The clerk of court shall sent a copy of the amended complaint to the defendants, and defendants shall thereafter have until August 27, 2001, in which to either advise the Court that no additional response will be made or submit any additional response to the amended complaint, addressing only those matters not contained in the initial complaint.

**IT IS FURTHER ORDERED** that the parties shall await further order of the Court and no additional documents may be filed in this action except by appropriate request and express permission of the Court.

Dated: 8/14/01

Arthur J. Boylan
United States Magistrate Judge

FILED AUG 14 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______