UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HARLEY FERCH, Civil No. 00-2300 JMR/AJB

Plaintiff,

v. ORDER

FEDERAL MEDICAL CENTER, et al.,
CONSTANCE REESE, Warden,
Dr. RUTH WESTRICK, M.D.,
JULIE ARENS, Counselor,
JULIE MILLER, Case Manager,
T.J. NELSON, Counselor,
U. BOCANEGRA, M.D.
M.T. CUOMO, Unit Manager,
KEN STEWART, LICSW, and
JEFF SACKETT, F.S.A.,

Defendants.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated March 26, 2002, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Defendant's Motion To Dismiss Or In The Alternative For Summary Judgment, (Docket No. 27), is GRANTED; and

2. This action is dismissed with prejudice.

DATED: June 20, 2002.

Judge James M. Rosenbaum
U. S. District Court

FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
JUN 24 2002
DEPUTY CLERK'S INITIALS ______