UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-2300(JMR/AJB)

| | | |
|---|---|---|
| Harley Ferch<br><br>v.<br><br>Federal Medical Center et. al., Constance Reese, Ruth Westrick, Julie Arens, Julie Miller, T.J. Nelson, U. Bocanegra, M.T. Cuomo, Ken Stewart, and Jeff Sackett | ) | ORDER |

Petitioner, Harley Ferch, seeks leave to proceed in forma pauperis. The Court has reviewed petitioner's affidavit and determines he is indigent. Accordingly, petitioner's motion to proceed in forma pauperis [Docket No. 49] is granted.

IT IS SO ORDERED.

Dated: December 6th, 2002

JAMES M. ROSENBAUM
United States Chief District Judge

DEC 9 2002
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ____
DEPUTY CLERK'S INITIALS ____