UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-2300(JMR/AJB)

Harley Ferch )
)
v. )
) ORDER
Federal Medical Center et. al., )
Constance Reese, Ruth Westrick, )
Julie Arens, Julie Miller, )
T.J. Nelson, U. Bocanegra, )
M.T. Cuomo, Ken Stewart, and )
Jeff Sackett )

Petitioner requests the Court to reconsider its June 20, 2002, Order adopting the March 26, 2002, Report and Recommendation issued by the Honorable Arthur J. Boylan, United States Magistrate Judge. The Court has reviewed petitioner's pleadings and considers them to be objections to the Report and Recommendation.

Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation. Accordingly, IT IS ORDERED that:

1. Defendant's motion summary judgment [Docket No. 27] is granted.

2. This action is dismissed with prejudice.

Dated: December 6th, 2002

JAMES M. ROSENBAUM
United States Chief District Judge

FILED DEC 9 2002
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS